

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 24, 2016

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>Eric N Smith and<br>Tania M Smith,<br>    Debtors. | Chapter 13<br>Case No. 16−23833−beh |

## ORDER DISMISSING CASE
## FOR FAILURE TO PAY THE FILING FEE

The debtors have not paid one or more installments of the filing fee by the deadlines ordered by the Court. Accordingly, the Court orders as follows:

1. This case is dismissed, effective immediately.

2. The Court will not reconsider or vacate this order of dismissal unless, along with the debtors' request to reconsider or vacate, the debtors pay the balance of the filing fee, which the Court's records show is $310, and the debtors' request states legally sufficient reasons under Bankruptcy Rule 9024. Bankruptcy Rule 9024 imposes a burden that may be difficult to meet. If the debtors' request is denied as lacking sufficient reasons under Bankruptcy Rule 9024, the balance of the filing fee paid with the request CANNOT be refunded.

3. The Court will not grant a fee waiver or installment fee application in any future case the debtors may file. Filing fees for any future cases will be due, in full, within 14 days of the day the petition in that case is filed.

####